**Order filed September 28, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00152-CV
_____

### THIEN AN VO, Appellant

### V.

### HARRIS COUNTY, LINEBARGER, HARRIS COUNTY TOLL ROAD AUTHORITY, Appellees

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1085934**

## ORDER

Appellant filed a brief on May 12, 2017, and a reply brief on July 26, 2017. We struck those briefs on August 17, 2017, because they did not comply with Texas Rule of Appellate Procedure 38.1. We ordered appellant to file a compliant brief by September 18, 2017. We cautioned that if appellant failed to file a compliant brief by that date, we may dismiss the appeal for want of prosecution. No brief or motion for extension of time has been filed.

Hurricane Harvey struck the Texas coast on August 25, 2017. On August 28, 2017, the Supreme Court of Texas issued Misc. Docket No. 17-9091, an emergency order directing all courts in Texas to consider disaster-related delays as good cause for modifying or suspending all deadlines in any case.

Accordingly, appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **October 12, 2017**. If appellant does not file such a brief, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM